RICHARD MAC BRIDE (SB#199695)
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289 - Fax 510-439-2786
Attorney for Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

Plaintiff,

Vs.

Suzy Py, et al.,

Defendants.

Case Number _____C13-5640 MEJ

**ORDER ON STIPULATION TO CONTINUE DATE FOR MEDIATION**

ORDER TO EXTEND DEADLINE TO MEDIATE

Having considered the parties' Stipulation to extend deadline to mediate, and for good cause appearing, it is hereby ORDERED:

1. That the deadline to mediate this matter is extended to September 30, 2014 inclusive.

Date: August 12, 2014

_____
Maria-Elena James
United States Magistrate Judge

Order on Stipulation to Continue Deadline for Mediation